IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:14-cv-00219

| | |
|---|---|
| BANK OF NORTH CAROLINA,<br>   Plaintiff<br><br>   v.<br><br>SHAMSUDDIN N. GILLANI and<br>SALIMAH S. GILLANI,<br><br>   Defendants. | JUDGMENT |

Defendants, Shamsuddin N. Gillani and Salimah S. Gillani, having failed to plead or otherwise defend in this action and said Defendants' default having been entered;

NOW, upon application to Plaintiff and upon Affidavit, Defendants are indebted to Plaintiff in the following amounts:

1. That the amount due Plaintiff from Defendants, Shamsuddin N. Gillani and Salimah S. Gillani, jointly and severally, on its First Claim for Relief, is the sum of Six Hundred Eight Thousand Three Hundred Fifty-Two and 53100 Dollars ($608,352.53), plus interest at the rate of Eighty-Four and 71/100 Dollars ($84.71) per day from and after July 8, 2014, until date of entry of judgment and thereafter at the legal rate until paid in full together with attorneys' fees in the amount of 15% of the outstanding indebtedness at the time of the institution of this action;

2. That the amount due Plaintiff from Defendants, Shamsuddin N. Gillani and Salimah S. Gillani, jointly and severally, on its Second Claim for Relief, is the sum of Three Hundred Four Thousand Six Hundred Ninety-Five and 49/100 Dollars ($304,695.49) plus interest at the rate of

Forty-Two and 99/100 Dollars ($42.99) per day from and after July 8, 2014 until date of entry of judgment and thereafter at the legal rate until paid in full together with attorneys' fees in the amount of 15% of the outstanding indebtedness at the time of the institution of this action;

3. That Defendants, Shamsuddin N. Gillani and Salimah S. Gillani, have defaulted for failure to plead and that Defendants are not infants or incompetent persons, and are not in the military service of the United States.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff recover as follows:

1. That Plaintiff have and recover of Defendants, Shamsuddin N. Gillani and Salimah S. Gillani, jointly and severally, on its First Claim for Relief, is the sum of Six Hundred Eight Thousand Three Hundred Fifty-Two and 53100 Dollars ($608,352.53), plus interest at the rate of Eighty-Four and 71/100 Dollars ($84.71) per day from and after July 8, 2014 until date of entry of judgment and thereafter at the legal rate until paid in full, plus reasonable attorneys' fees in the amount of Ninety-One Thousand Eight Hundred Eleven and 67/100 Dollars ($91,811.67), which is Fifteen Percent (15%) of the outstanding indebtedness due and owing at the time suit was instituted on August 21, 2014 (being the amount of $612,079.77);

2. That Plaintiff have and recover of Defendants, Shamsuddin N. Gillani and Salimah S. Gillani, jointly and severally, on its Second Claim for Relief, is the sum of Three Hundred Four Thousand Six Hundred Ninety-Five and 49/100 Dollars ($304,695.49) plus interest at the rate of Forty-Two and 99/100 Dollars ($42.99) per day from and after July 8, 2014 until date of entry of judgment and thereafter at the legal rate until paid in full, plus reasonable attorneys' fees in the amount of Forty-Five Thousand Nine Hundred Eighty-Eight and 06/100 Dollars ($45,988.06),

which is Fifteen Percent (15%) of the outstanding indebtedness due and owing at the time suit was instituted on August 21, 2014 (being the amount of $306,587.05);

       3.       That Plaintiff have and recover of Defendants the costs of this action.

Signed October 28, 2014

Frank G. Johns, Clerk
United States District Court